JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH OWEN, | Case No. 8:23-cv-01557-AB-DFM |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| ALCRESTA THERAPEUTICS, INC., et al., | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if the settlement is not consummated. All dates are **VACATED**. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**SO ORDERED.**

Dated:  December 5, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.